■ KEMEYS W. GUTIERREZ et al., Respondents, v STEVEN V. ENRIGHT et al., Defendants, and FORD MOTOR COMPANY, Appellant. (And a Third-Party Action.)—Appeal by defendant Ford Motor Company from an order of the Supreme Court, Westchester County, entered November 24, 1978, which, *inter alia,* (1) granted the plaintiffs' motion for reargument, and upon reargument, (2) vacated its order dated September 20, 1978, which had granted Ford's motion for a protective order striking plaintiffs' interrogato-

ries and (3) directed Ford to answer said interrogatories. Order affirmed with $50 costs and disbursements (see *Ribley v Harsco Corp.*, 57 AD2d 228; *Goff v Econetics, Inc.*, 94 Misc 2d 869). We have also considered the appellant's objections to some specific interrogatories and do not find them unduly burdensome. Suozzi, J. P., O'Connor, Rabin and Shapiro, JJ., concur.